No. 03–6820.  SHORES v. BECK, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION.  C. A. 4th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed.  See this Court's Rule 39.8.

No. 03M35.  ANKERMAN v. CONNECTICUT STATEWIDE GRIEVANCE COMMITTEE.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 105, Orig.  KANSAS v. COLORADO.  Fourth Report of the Special Master is received and ordered filed.  Exceptions to the Report, with supporting briefs, may be filed within 45 days.  Replies, if any, with supporting briefs, may be filed within 30 days.  [For earlier decision herein, see, *e. g.*, 537 U. S. 1230.]

No. 02–626.  SOUTH FLORIDA WATER MANAGEMENT DISTRICT v. MICCOSUKEE TRIBE OF INDIANS ET AL.  C. A. 11th Cir.  [Certiorari granted, 539 U. S. 957.]  Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 02–1667.  TENNESSEE v. LANE ET AL.  C. A. 6th Cir.  [Certiorari granted, 539 U. S. 941.]  Motion of the Solicitor General for divided argument granted.  Motion of Alabama et al. for leave to participate in oral argument as *amici curiae* and for divided argument denied.

No. 03–218.  ASHCROFT, ATTORNEY GENERAL v. AMERICAN CIVIL LIBERTIES UNION ET AL.  C. A. 3d Cir.  [Certiorari granted, *ante*, p. 944.]  Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 03–7413.  IN RE CRUEL.  Petition for writ of habeas corpus denied.

No. 03–6788.  IN RE ODOMS; and
No. 03–6844.  IN RE CROSBY.  Petitions for writs of mandamus denied.

No. 03–167.  UNITED STATES v. DOMINGUEZ BENITEZ.  C. A. 9th Cir.  Certiorari granted limited to Question 1 presented by the petition.